No. 10–7763. BROWN *v.* MCNEIL, SECRETARY, FLORIDA DEPARTMENT OF CORRECTIONS. C. A. 11th Cir. Certiorari denied.

No. 10–7832. BURTON *v.* SPOKANE POLICE DEPARTMENT ET AL. C. A. 9th Cir. Certiorari denied.

No. 10–7861. JAMES *v.* SPOKANE COMMUNITY COLLEGE. Sup. Ct. Wash. Certiorari denied.

No. 10–7877. NICHOLS *v.* COLEMAN, SUPERINTENDENT, STATE CORRECTIONAL INSTITUTION AT FAYETTE, ET AL. C. A. 3d Cir. Certiorari denied.

No. 10–7878. NICHOLLS *v.* COLORADO. Ct. App. Colo. Certiorari denied.

No. 10–7907. ASBURY *v.* SOUTH CAROLINA DEPARTMENT OF CORRECTIONS. Sup. Ct. S. C. Certiorari denied.

No. 10–7911. ADLER *v.* GONZALEZ, ACTING WARDEN. C. A. 9th Cir. Certiorari denied.

No. 10–7927. BROWN *v.* GAETZ, WARDEN. C. A. 7th Cir. Certiorari denied.

No. 10–7937. MCLAUGHLIN *v.* WEST VIRGINIA. Sup. Ct. App. W. Va. Certiorari denied.

No. 10–7977. SLATER *v.* PENNSYLVANIA. Super. Ct. Pa. Certiorari denied.

No. 10–7981. HARRIS *v.* FRAKES, SUPERINTENDENT, MONROE CORRECTIONAL COMPLEX. C. A. 9th Cir. Certiorari denied.

No. 10–8042. CASTRO-DAVIS *v.* UNITED STATES. C. A. 1st Cir. Certiorari denied.

No. 10–8044. XU JUN LEE *v.* UNITED STATES. C. A. 9th Cir. Certiorari denied.

No. 10–8047. MONTGOMERY *v.* UNITED STATES. C. A. 3d Cir. Certiorari denied.